1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT

7               FOR THE EASTERN DISTRICT OF CALIFORNIA

8    ANTOLIN ANDREWS,

9         Petitioner,                    No. 2:04-cv-00997-MDS

10

11    vs.                                ORDER

12

13    TOM L. CAREY, WARDEN

14         Respondent

15    _____/

16

17        IT IS HEREBY ORDERED that the Respondent or his counsel, the California Attorney

18    General, shall within twenty days of the filing of this Order lodge with this court all state court

19    orders and decisions pertaining to Petitioner's state habeas corpus proceedings.

20        IT IS ALSO ORDERED that Respondent and Petitioner shall within twenty days of the

21    filing of this Order file supplemental briefing as to the effect, if any, of Petitioner's release from

22    prison on his habeas petition.  Such briefing should include, but is not limited to, a description of

23    the relief sought and an explanation of any ongoing or potential collateral consequences of

24    Petitioner's F Division charge, 30 day credit forfeiture, and placement in administrative

25    segregation.

26

27    DATED: October 30, 2009

28                                   /s/ Milan D. Smith, Jr.
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation