IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

    Petitioner,                                       No. 2:04-cv-00997-MDS

    vs.                                                  <u>ORDER</u>

TOM L. CAREY, WARDEN

    Respondent

_____/

    Respondent's request for an extension of time in which to lodge all state court orders and decisions pertaining to Petitioner's state habeas corpus proceedings is GRANTED.

    IT IS HEREBY ORDERED that Respondent shall lodge all state court orders and decisions pertaining to Petitioner's state habeas corpus proceedings by December 7, 2009.

DATED: November 23, 2009

                                                          /s/ Milan D. Smith, Jr.
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation